UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>Plaintiff,<br><br>v.<br><br>LISA MARIE ROSSI, *et al.*,<br><br>Defendants. | Case No. 20-cv-01049-VC   (RMI)<br><br>**ORDER RE: MOTION FOR SANCTIONS**<br><br>Re: Dkt. No. 42 |

Having considered the Parties' arguments relating to Plaintiff's Motion for Sanctions (dkt. 42), and following oral argument (dkt. 52) it is **HEREBY ORDERED** that:

(1) No later than **12:00 noon on April 29, 2022**, Defendants, Lisa Marie Rossi (an individual), Gerald F. Rossi (an individual, a trustee of the Rossi Family Trust established March 15, 1989, and a Trustee of the Rossi Family Trust established June 10, 2003), Lee Doslak Florance (a trustee of the Rossi Family Trust established March 15, 1989), Patricia S. Rossi (a trustee of the Rossi Family Trust established on June 10, 2003), and E-D Coat, Inc. (a California corporation) (collectively Defendants) must either:

(a) Produce their tax documents responsive to the Department's discovery requests; or

(b) Complete and execute Form FTB 3516 authorizing the Department to receive Defendants' state tax returns for 2016, 2017, 2018, 2019, and 2020. Particularly, Defendants Lisa Marie Rossi and Gerald F. Rossi each must complete and execute Page 1 of Form FTB 3516. In completing and executing the form, Defendants Lisa Marie Rossi and Gerald F. Rossi each shall designate, in Box 6 on Page 1 of the form, the Department's counsel, Taylor Wetzel, as a third party that shall receive a copy of each of the returns. Defendants shall further specify, in Box 7 on

Page 1 of the forms that the tax years requested are 2016, 2017, 2018, 2019, and 2020. Similarly, Defendants E-D Coat Inc., Patricia Rossi on behalf of the Rossi Family Trust II, and Lee Doslak Florance on behalf of Rossi Family Trust I shall promptly execute Page 2 of Form FTB 3516 on behalf of each trust respectively. In doing so, Defendants shall designate the Department's counsel, Taylor Wetzel, as the Requester. Defendants shall further specify that the tax years requested are 2016, 2017, 2018, 2019, and 2020. Defendants shall provide the Department with the complete and executed versions of FTB 3516 no later than 12:00 noon on April 29, 2022.

(2) If Defendants do not timely comply with Paragraph 1 of this Order, pursuant to the Court's authority to impose sanctions for discovery abuse (*see* Fed. R. Civ. P. 37(b) & (d)), Defendants are **ORDERED** to pay a **daily** monetary sanction of $2,000 until they comply with Paragraph 1 of this Order. The Parties are **ORDERED** to file a notice of compliance or non-compliance (whatever the case may be) by 12:00 noon on Friday, April 29, 2022. If Defendants fail to timely comply with Paragraph 1 of this Order, the sanction amounts will begin to accrue immediately and the court will issue a further order on Friday, April 29, 2022, instructing Defendants how to remit these sums for deposit into the Court's registry. Defendants should be forewarned that if these coercive sanctions prove unsuccessful in securing Defendants' compliance with the court's discovery order of January 3, 2022 (dkt. 38) after a reasonable period of time, the court will resort to more drastic action such as recommending that the presiding judge direct that the matters embraced in the discovery order (dkt. 38), or other designated facts, be taken as established for the purposes of this action, or even recommending to the presiding judge that Defendants' continued disobedience warrants the rendering of a default judgment against them (*see* Fed. R. Civ. P. 37(b)(2)(A)(i)-(vii)).

**IT IS SO ORDERED.**

Dated: April 27, 2022

ROBERT M. ILLMAN
United States Magistrate Judge

2