UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>Plaintiff,<br><br>v.<br><br>LISA MARIE ROSSI, *et al.*,<br><br>Defendants. | Case No. 20-cv-01049-VC (RMI)<br><br>**ORDER FOR DEFENDANTS TO SHOW CAUSE WHY THEY SHOULD NOT BE HELD IN CONTEMPT**<br><br>Re: Dkt. No. 60 |

Now pending before the court is Plaintiff's *ex parte* motion for a judgment debtor exam (dkt. 60), which the court construes as a motion seeking enforcement of the court's previous order (dkt. 54) awarding attorneys' fees. On April 28, 2022, the court awarded Plaintiff attorneys' fees in the amount of $15,518.25, and Defendants were ordered to tender that payment no later than May 12, 2022 (*see* dkt. 54 at 3). Not only did Defendants fail to obey the court's order and tender that sum by the deadline of May 12, 2022, but Defendants have still not paid that sum – prompting Plaintiff to once again seek the court's assistance in compelling Defendant's compliance. This is not the first time that Defendants have ignored an order from this court (*see generally* dkt. 53) (threatening Defendants with coercive sanctions designed to overcome Defendants' disobedience related to a previously issued, but ignored, discovery order).

Given that Defendants have ignored the court's attorneys' fees award order of April 28, 2022 (*see* dkt. 60 at 3) to this day, Plaintiff's request for enforcement of that order is **GRANTED** and Defendants are **ORDERED** to appear before the court at 11:00 am on Tuesday, June 7, 2022, to **SHOW CAUSE** as to why they should not be held in contempt and punished accordingly for their pattern of disobedience regarding the orders of this court. If Defendants tender the payment

in question between now and the time of their contempt hearing, the court will consider discharging the show cause order upon the **joint** filing of a notice by all parties to the effect that the payment has been tendered. Furthermore, let Defendants be forewarned that the court will no longer tolerate its orders being so ignored or flouted, and that any further transgressions of this sort by Defendants will be met with severe consequences. A Clerk's Notice will separately issue with instructions for the Parties regarding participation in the contempt hearing.

**IT IS SO ORDERED.**

Dated: June 1, 2022

ROBERT M. ILLMAN
United States Magistrate Judge