UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>    Plaintiff,<br><br>    v.<br><br>LISA MARIE ROSSI, et al.,<br><br>    Defendant. | Case No. 20-cv-01049-VC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 76 |

    The Court has reviewed Judge Illman's Report and Recommendation. The defendants have filed no objections to the Report and Recommendation, and for that reason alone the Court would adopt it in every respect. Moreover, reviewing the Report and Recommendation on the merits, it is clear that the defendants are in contempt and terminating sanctions are warranted. Accordingly, the Report and Recommendation is adopted in every respect, and the Court will enter default judgment against the defendants. As Judge Illman noted, the Court will need to adjudicate the terms of the injunction, as well as ascertain the amount of damages and fees to be awarded. A case management conference is set for September 28, 2022 at 1pm to discuss the issues remaining in the case. A case management statement is due on September 21, 2022. All other deadlines in the case are hereby vacated.

    **IT IS SO ORDERED.**

Dated: August 24, 2022

                                                                         VINCE CHHABRIA<br>
                                                                         United States District Judge