UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>Plaintiff,<br><br>v.<br><br>LISA MARIE ROSSI, et al.,<br><br>Defendant. | 20-cv-01049-VC<br><br>**REVISED JUDGMENT** |

The Court now enters judgment in accordance with its previous orders. *See* Dkt. Nos. 91; 93.

**IT IS SO ORDERED.**

Dated: April 28, 2023

VINCE CHHABRIA
United States District Judge