EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):*<br>After recording, return to:<br>Taylor Wetzel (SBN 329637)<br>California Office of the Attorney General<br>1300 I Street<br>Sacramento, California 95814<br><br>TEL NO.: (916) 210-7832   FAX NO. (optional):<br>E-MAIL ADDRESS *(Optional):* taylor.wetzel@doj.ca.gov<br>[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Northen Distict of Cal.<br>STREET ADDRESS: 450 Golden Gate Avenue<br>MAILING ADDRESS: 450 Golden Gate Avenue<br>CITY AND ZIP CODE: San Francisco, CA 94102<br>BRANCH NAME: | *FOR RECORDER'S USE ONLY* |

| PLAINTIFF: Department of Toxic Substances Control<br>DEFENDANT: Lisa Marie Rossi, et al. | CASE NUMBER:<br>20-cv-01049-VC |
|---|---|
| **ABSTRACT OF JUDGMENT—CIVIL**<br>**AND SMALL CLAIMS**  [ ] **Amended** | *FOR COURT USE ONLY* |

1. The [X] judgment creditor   [ ] assignee of record
apply for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

   ┌─────────────────────────────┐
   Lisa Marie Rossi
   715 4th St.
   Oakland, CA 94607
   └─────────────────────────────┘

   b. Driver's license no. [last 4 digits] and state: 7821 CA   [ ] Unknown
   c. Social security no. [last 4 digits]: 7356   [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*
      One Embarcadero Center, Suite 400
      San Francisco, CA 94111

2. [X]  Information on additional judgment debtors is shown on page 2.

3. Judgment creditor *(name and address):*
   California Department of Toxic Substances Control
   P.O. Box 806
   Sacramento, CA 95812

   Date: June 12, 2023
   Taylor Wetzel
   _____
   (TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.

5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

   ▶ *Taylor Wetzel*
   _____
   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $9,506,719.58

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on *(date):* 4/28/2023
   b. Renewal entered on *(date):*

9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

    Mark B. Busby

[SEAL]

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.

ATTEST:
MARK B. BUSBY
Clerk, U.S. District Court
Northern District of California

by *Karen Gorman*
Date: 6/30/2023

This abstract issued on *(date):*
6/30/2023

Clerk, by Karen Gorman   kg   , Deputy

**ABSTRACT OF JUDGMENT—CIVIL**
**AND SMALL CLAIMS**

| PLAINTIFF: Department of Toxic Substances Control | COURT CASE NO.: |
|---|---|
| DEFENDANT: Lisa Marie Rossi, et al. | 20-cv-01049-VC |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.        Name and last known address
Gerald F. Rossi
715 4th St.
Oakland, CA 94607

Driver's license no. [last 4 digits] and state:
1441 CA      ☐ Unknown

Social security no. [last 4 digits]: 3063    ☐ Unknown

Summons was personally served at or mailed to *(address):*
One Embarcadero Center, Suite 400
San Francisco, CA 94111

17.        Name and last known address
Gerald F. Rossi, as trustee of the Rossi Family Trust
Established March 15, 1989
715 4th St.
Oakland, CA 94607

Driver's license no. [last 4 digits] and state:
1441 CA      ☐ Unknown

Social security no. [last 4 digits]: 3063    ☐ Unknown

Summons was personally served at or mailed to *(address):*
One Embarcadero Center, Suite 400
San Francisco, CA 94111

18.        Name and last known address
Patricia S. Rossi, as Trustee of the Rossi Family Trust
established on June 10, 2003
715 4th St.
Oakland, CA 94607

Driver's license no. [last 4 digits] and state:
4790 CA      ☐ Unknown

Social security no. [last 4 digits]: 5617    ☐ Unknown

Summons was personally served at or mailed to *(address):*
One Embarcadero Center, Suite 400
San Francisco, CA 94111

19.        Name and last known address
E-D Coat, Inc.
715 4th St.
Oakland, CA 94607

Driver's license no. [last 4 digits] and state:
      ☒ Unknown

Social security no. [last 4 digits]:    ☒ Unknown

Summons was personally served at or mailed to *(address):*
One Embarcadero Center, Suite 400
San Francisco, CA 94111

20. ☒ Continued on Attachment 20.

EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Plaintiff: Department of Toxic Substances Control
Defendant:  Lisa Marie Rossi, et al.
Case Number: 20-cv-01049-VC

Plaintiff: Department of Toxic Substances Control
Defendant:  Lisa Marie Rossi, et al.
Case Number: 20-cv-01049-VC

## Abstract of Judgment – Civil and Small Claims: Attachment 20

*Information on Additional Judgment Debtors*

| 20. | Name and Last Known Address: | Gerald F. Rossi, as trustee of the Rossi Family Trust Established June 10, 2003<br><br>715 4th St.<br>Oakland, CA 94607 |
|---|---|---|
| | Driver's license no. [last 4 digits] and state: | 1441 CA |
| | Social Security no. [last 4 digits]: | 3063 |
| | Summons was personally served at or mailed to *(address)*: | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

| 21. | Name and Last Known Address: | Lee Doslak Florance, as trustee of the Rossi Family Trust Established March 15, 1989<br><br>592 Cambrian Way<br>Danville, CA 94526 |
|---|---|---|
| | Driver's license no. [last 4 digits] and state: | 9123 CA |
| | Social Security no. [last 4 digits]: | 4575 |
| | Summons was personally served at or mailed to *(address)*: | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

Plaintiff: Department of Toxic Substances Control
Defendant:  Lisa Marie Rossi, et al.
Case Number: 20-cv-01049-VC

| 22. | Name and Last Known Address: | Lisa Rossi 715 4th St. Oakland, CA 94607 |
|---|---|---|
| | Driver's license no. [last 4 digits] and state: | 7821 CA |
| | Social Security no. [last 4 digits]: | 7356 |
| | Summons was personally served at or mailed to *(address)*: | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

| 23. | Name and Last Known Address: | Lisa M Rossi 715 4th St. Oakland, CA 94607 |
|---|---|---|
| | Driver's license no. [last 4 digits] and state: | 7821 CA |
| | Social Security no. [last 4 digits]: | 7356 |
| | Summons was personally served at or mailed to *(address)*: | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

| 24. | Name and Last Known Address: | Jerry F. Rossi 715 4th St. Oakland, CA 94607 |
|---|---|---|
| | Driver's license no. [last 4 digits] and state: | 1441 CA |
| | Social Security no. [last 4 digits]: | 3063 |
| | Summons was personally served at or mailed to *(address)*: | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

Plaintiff: Department of Toxic Substances Control
Defendant:  Lisa Marie Rossi, et al.
Case Number: 20-cv-01049-VC

| 25. | Name and Last Known Address: | Rossi Jerry<br><br>715 4th St.<br>Oakland, CA 94607 |
| --- | --- | --- |
| | Driver's license no. [last 4 digits] and state: | 1441 CA |
| | Social Security no. [last 4 digits]: | 3063 |
| | Summons was personally served at or mailed to *(address)*: | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

| 26. | Name and Last Known Address: | Jerry Rossi<br><br>715 4th St.<br>Oakland, CA 94607 |
| --- | --- | --- |
| | Driver's license no. [last 4 digits] and state: | 1441 CA |
| | Social Security no. [last 4 digits]: | 3063 |
| | Summons was personally served at or mailed to *(address)*: | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

| 27. | Name and Last Known Address: | Gerald Rossi<br><br>715 4th St.<br>Oakland, CA 94607 |
| --- | --- | --- |
| | Driver's license no. [last 4 digits] and state: | 1441 CA |
| | Social Security no. [last 4 digits]: | 3063 |
| | Summons was personally served at or mailed to *(address)*: | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

Plaintiff: Department of Toxic Substances Control
Defendant:  Lisa Marie Rossi, et al.
Case Number: 20-cv-01049-VC

| 28. | Name and Last Known Address: | E D Coat Inc<br><br>715 4th St.<br>Oakland, CA 94607 |
|---|---|---|
| | Driver's license no. [last 4 digits] and state: | Unknown |
| | Social Security no. [last 4 digits]: | Unknown |
| | Summons was personally served at or mailed to *(address)*: | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

| 29. | Name and Last Known Address: | E.D. Coat, Inc.<br><br>715 4th St.<br>Oakland, CA 94607 |
|---|---|---|
| | Driver's license no. [last 4 digits] and state: | Unknown |
| | Social Security no. [last 4 digits]: | Unknown |
| | Summons was personally served at or mailed to *(address)*: | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

| 30. | Name and Last Known Address: | E-D Coat Inc<br><br>715 4th St.<br>Oakland, CA 94607 |
|---|---|---|
| | Driver's license no. [last 4 digits] and state: | Unknown |
| | Social Security no. [last 4 digits]: | Unknown |
| | Summons was personally served at or mailed to *(address)*: | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

Plaintiff: Department of Toxic Substances Control
Defendant:  Lisa Marie Rossi, et al.
Case Number: 20-cv-01049-VC

| 31. | Name and Last Known Address: | E-D Coat inc.<br><br>715 4th St.<br>Oakland, CA 94607 |
|---|---|---|
| | Driver's license no. [last 4 digits] and state: | Unknown |
| | Social Security no. [last 4 digits]: | Unknown |
| | Summons was personally served at or mailed to *(address)*: | One Embarcadero Center, Suite 400a San Francisco, CA 94111 |

| 32. | Name and Last Known Address: | Jerry F. Rossi, as trustee of the Rossi Family Trust Established March 15, 1989<br><br>715 4th St.<br>Oakland, CA 94607 |
|---|---|---|
| | Driver's license no. [last 4 digits] and state: | 1441 CA |
| | Social Security no. [last 4 digits]: | 3063 |
| | Summons was personally served at or mailed to *(address)*: | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

| 33. | Name and Last Known Address: | Rossi Jerry, as trustee of the Rossi Family Trust Established March 15, 1989<br><br>715 4th St.<br>Oakland, CA 94607 |
|---|---|---|
| | Driver's license no. [last 4 digits] and state: | 1441 CA |
| | Social Security no. [last 4 digits]: | 3063 |

Plaintiff: Department of Toxic Substances Control
Defendant:  Lisa Marie Rossi, et al.
Case Number: 20-cv-01049-VC

| | Summons was personally served at or mailed to *(address)*: | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |
| --- | --- | --- |

| 34. | Name and Last Known Address: | Jerry Rossi, as trustee of the Rossi Family Trust Established March 15, 1989 <br><br> 715 4th St. Oakland, CA 94607 |
| --- | --- | --- |
| | Driver's license no. [last 4 digits] and state: | 1441 CA |
| | Social Security no. [last 4 digits]: | 3063 |
| | Summons was personally served at or mailed to *(address)*: | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

| 35. | Name and Last Known Address: | Gerald Rossi, as trustee of the Rossi Family Trust Established March 15, 1989 <br><br> 715 4th St. Oakland, CA 94607 |
| --- | --- | --- |
| | Driver's license no. [last 4 digits] and state: | 1441 CA |
| | Social Security no. [last 4 digits]: | 3063 |
| | Summons was personally served at or mailed to *(address)*: | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

| 36. | Name and Last Known Address: | Jerry F. Rossi, as trustee of the Rossi Family Trust Established June 10, 2003 <br><br> 715 4th St. Oakland, CA 94607 |
| --- | --- | --- |

Plaintiff: Department of Toxic Substances Control
Defendant:  Lisa Marie Rossi, et al.
Case Number: 20-cv-01049-VC

| | | |
|---|---|---|
| | Driver's license no. [last 4 digits] and state: | 1441 CA |
| | Social Security no. [last 4 digits]: | 3063 |
| | Summons was personally served at or mailed to *(address)*: | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

| | | |
|---|---|---|
| 37. | Name and Last Known Address: | Rossi Jerry, as trustee of the Rossi Family Trust Established June 10, 2003<br><br>715 4th St.<br>Oakland, CA 94607 |
| | Driver's license no. [last 4 digits] and state: | 1441 CA |
| | Social Security no. [last 4 digits]: | 3063 |
| | Summons was personally served at or mailed to *(address)*: | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

| | | |
|---|---|---|
| 38. | Name and Last Known Address: | Jerry Rossi, as trustee of the Rossi Family Trust Established June 10, 2003<br><br>715 4th St.<br>Oakland, CA 94607 |
| | Driver's license no. [last 4 digits] and state: | 1441 CA |
| | Social Security no. [last 4 digits]: | 3063 |
| | Summons was personally served at or mailed to *(address)*: | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

Plaintiff: Department of Toxic Substances Control
Defendant: Lisa Marie Rossi, et al.
Case Number: 20-cv-01049-VC

| 39. | Name and Last Known Address: | Gerald Rossi, as trustee of the Rossi Family Trust Established June 10, 2003<br><br>715 4th St.<br>Oakland, CA 94607 |
| --- | --- | --- |
| | Driver's license no. [last 4 digits] and state: | 1441 CA |
| | Social Security no. [last 4 digits]: | 3063 |
| | Summons was personally served at or mailed to (address): | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

| 40. | Name and Last Known Address: | Jerry F. Rossi, as trustee of the Rossi Family Trust dated July 10, 2003<br><br>715 4th St.<br>Oakland, CA 94607 |
| --- | --- | --- |
| | Driver's license no. [last 4 digits] and state: | 1441 CA |
| | Social Security no. [last 4 digits]: | 3063 |
| | Summons was personally served at or mailed to (address): | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

| 41. | Name and Last Known Address: | Rossi Jerry, as trustee of the Rossi Family Trust dated July 10, 2003<br><br>715 4th St.<br>Oakland, CA 94607 |
| --- | --- | --- |
| | Driver's license no. [last 4 digits] and state: | 1441 CA |
| | Social Security no. [last 4 digits]: | 3063 |
| | Summons was personally served at or mailed to (address): | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

Plaintiff: Department of Toxic Substances Control
Defendant: Lisa Marie Rossi, et al.
Case Number: 20-cv-01049-VC

| 42. | Name and Last Known Address: | Jerry Rossi, as trustee of the Rossi Family Trust dated July 10, 2003<br><br>715 4th St.<br>Oakland, CA 94607 |
| --- | --- | --- |
| | Driver's license no. [last 4 digits] and state: | 1441 CA |
| | Social Security no. [last 4 digits]: | 3063 |
| | Summons was personally served at or mailed to (address): | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

| 43. | Name and Last Known Address: | Gerald Rossi, as trustee of the Rossi Family Trust dated July 10, 2003<br><br>715 4th St.<br>Oakland, CA 94607 |
| --- | --- | --- |
| | Driver's license no. [last 4 digits] and state: | 1441 CA |
| | Social Security no. [last 4 digits]: | 3063 |
| | Summons was personally served at or mailed to (address): | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

| 44. | Name and Last Known Address: | Jerry F. Rossi, as trustee of the Rossi Jerry & Patricia S Trs<br><br>715 4th St.<br>Oakland, CA 94607 |
| --- | --- | --- |
| | Driver's license no. [last 4 digits] and state: | 1441 CA |
| | Social Security no. [last 4 digits]: | 3063 |
| | Summons was personally served at or mailed to (address): | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

Plaintiff: Department of Toxic Substances Control
Defendant: Lisa Marie Rossi, et al.
Case Number: 20-cv-01049-VC

| 45. | Name and Last Known Address: | Rossi Jerry, as trustee of the Rossi Jerry & Patricia S Trs<br><br>715 4th St.<br>Oakland, CA 94607 |
| --- | --- | --- |
| | Driver's license no. [last 4 digits] and state: | 1441 CA |
| | Social Security no. [last 4 digits]: | 3063 |
| | Summons was personally served at or mailed to (address): | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

| 46. | Name and Last Known Address: | Jerry Rossi, as trustee of the Rossi Jerry & Patricia S Trs<br><br>715 4th St.<br>Oakland, CA 94607 |
| --- | --- | --- |
| | Driver's license no. [last 4 digits] and state: | 1441 CA |
| | Social Security no. [last 4 digits]: | 3063 |
| | Summons was personally served at or mailed to (address): | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

| 47. | Name and Last Known Address: | Gerald Rossi, as trustee of the Rossi Jerry & Patricia S Trs<br><br>715 4th St.<br>Oakland, CA 94607 |
| --- | --- | --- |
| | Driver's license no. [last 4 digits] and state: | 1441 CA |
| | Social Security no. [last 4 digits]: | 3063 |
| | Summons was personally served at or mailed to (address): | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

Plaintiff: Department of Toxic Substances Control
Defendant: Lisa Marie Rossi, et al.
Case Number: 20-cv-01049-VC

| 48. | Name and Last Known Address: | Patricia Rossi, as trustee of the Rossi Family Trust Established June 10, 2003<br><br>715 4th St.<br>Oakland, CA 94607 |
| --- | --- | --- |
| | Driver's license no. [last 4 digits] and state: | 4790 CA |
| | Social Security no. [last 4 digits]: | 5617 |
| | Summons was personally served at or mailed to (*address*): | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

| 49. | Name and Last Known Address: | Patricia J. Rossi, as trustee of the Rossi Family Trust Established June 10, 2003<br><br>715 4th St.<br>Oakland, CA 94607 |
| --- | --- | --- |
| | Driver's license no. [last 4 digits] and state: | 4790 CA |
| | Social Security no. [last 4 digits]: | 5617 |
| | Summons was personally served at or mailed to (*address*): | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

| 50. | Name and Last Known Address: | Patricia Rossi, as trustee of the Rossi Family Trust dated July 10, 2003 715 4th St.<br>Oakland, CA 94607 |
| --- | --- | --- |
| | Driver's license no. [last 4 digits] and state: | 4790 CA |
| | Social Security no. [last 4 digits]: | 5617 |
| | Summons was personally served at or mailed to (*address*): | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

Plaintiff: Department of Toxic Substances Control
Defendant:  Lisa Marie Rossi, et al.
Case Number: 20-cv-01049-VC

| 51. | Name and Last Known Address: | Patricia J. Rossi, as trustee of the Rossi Family Trust dated July 10, 2003<br><br>715 4th St.<br>Oakland, CA 94607 |
| --- | --- | --- |
| | Driver's license no. [last 4 digits] and state: | 4790 CA |
| | Social Security no. [last 4 digits]: | 5617 |
| | Summons was personally served at or mailed to (*address*): | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

| 52. | Name and Last Known Address: | Patricia Rossi, as trustee of the Rossi Jerry & Patricia S Trs<br><br>715 4th St.<br>Oakland, CA 94607 |
| --- | --- | --- |
| | Driver's license no. [last 4 digits] and state: | 4790 CA |
| | Social Security no. [last 4 digits]: | 5617 |
| | Summons was personally served at or mailed to (*address*): | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

| 53. | Name and Last Known Address: | Patricia J. Rossi, as trustee of the Rossi Jerry & Patricia S Trs<br><br>715 4th St.<br>Oakland, CA 94607 |
| --- | --- | --- |
| | Driver's license no. [last 4 digits] and state: | 4790 CA |
| | Social Security no. [last 4 digits]: | 5617 |
| | Summons was personally served at or mailed to (*address*): | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

Plaintiff: Department of Toxic Substances Control
Defendant:  Lisa Marie Rossi, et al.
Case Number: 20-cv-01049-VC

| 54. | Name and Last Known Address: | E D Coat Process Plant<br><br>715 4th St.<br>Oakland, CA 94607 |
|---|---|---|
| | Driver's license no. [last 4 digits] and state: | Unknown |
| | Social Security no. [last 4 digits]: | Unknown |
| | Summons was personally served at or mailed to *(address)*: | One Embarcadero Center, Suite 400<br>San Francisco, CA 94111 |

| 55. | Name and Last Known Address: | Lee Doslak Florance, as trustee of the Rossi Family Trust Dated March 15, 1989<br><br>592 Cambrian Way<br>Danville, CA 94526 |
|---|---|---|
| | Driver's license no. [last 4 digits] and state: | 9123 CA |
| | Social Security no. [last 4 digits]: | 4575 |
| | Summons was personally served at or mailed to *(address)*: | One Embarcadero Center, Suite 400<br>San Francisco, CA 94111 |

| 56. | Name and Last Known Address: | Rossi Jerry F<br><br>715 4th St.<br>Oakland, CA 94607 |
|---|---|---|
| | Driver's license no. [last 4 digits] and state: | 1441 CA |
| | Social Security no. [last 4 digits]: | 3063 |
| | Summons was personally served at or mailed to *(address)*: | One Embarcadero Center, Suite 400<br>San Francisco, CA 94111 |

Plaintiff: Department of Toxic Substances Control
Defendant:  Lisa Marie Rossi, et al.
Case Number: 20-cv-01049-VC

| 57. | Name and Last Known Address: | Gerry Rossi<br><br>715 4th St.<br>Oakland, CA 94607 |
|---|---|---|
| | Driver's license no. [last 4 digits] and state: | 1441 CA |
| | Social Security no. [last 4 digits]: | 3063 |
| | Summons was personally served at or mailed to (address): | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

| 58. | Name and Last Known Address: | Rossi Jerry F, as trustee of the Rossi Family Trust Established March 15, 1989<br><br>715 4th St.<br>Oakland, CA 94607 |
|---|---|---|
| | Driver's license no. [last 4 digits] and state: | 1441 CA |
| | Social Security no. [last 4 digits]: | 3063 |
| | Summons was personally served at or mailed to (address): | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

| 59. | Name and Last Known Address: | Gerry Rossi, as trustee of the Rossi Family Trust Established March 15, 1989<br><br>715 4th St.<br>Oakland, CA 94607 |
|---|---|---|
| | Driver's license no. [last 4 digits] and state: | 1441 CA |
| | Social Security no. [last 4 digits]: | 3063 |
| | Summons was personally served at or mailed to (address): | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

Plaintiff: Department of Toxic Substances Control
Defendant: Lisa Marie Rossi, et al.
Case Number: 20-cv-01049-VC

| 60. | Name and Last Known Address: | Gerald F. Rossi, as trustee of the Rossi Family Trust dated March 15, 1989<br><br>715 4th St.<br>Oakland, CA 94607 |
|---|---|---|
| | Driver's license no. [last 4 digits] and state: | 1441 CA |
| | Social Security no. [last 4 digits]: | 3063 |
| | Summons was personally served at or mailed to (address): | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

| 61. | Name and Last Known Address: | Jerry F. Rossi, as trustee of the Rossi Family Trust dated March 15, 1989<br><br>715 4th St.<br>Oakland, CA 94607 |
|---|---|---|
| | Driver's license no. [last 4 digits] and state: | 1441 CA |
| | Social Security no. [last 4 digits]: | 3063 |
| | Summons was personally served at or mailed to (address): | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

| 62. | Name and Last Known Address: | Rossi Jerry, as trustee of the Rossi Family Trust dated March 15, 1989<br><br>715 4th St.<br>Oakland, CA 94607 |
|---|---|---|
| | Driver's license no. [last 4 digits] and state: | 1441 CA |
| | Social Security no. [last 4 digits]: | 3063 |
| | Summons was personally served at or mailed to (address): | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

Plaintiff: Department of Toxic Substances Control
Defendant:  Lisa Marie Rossi, et al.
Case Number: 20-cv-01049-VC

| 63. | Name and Last Known Address: | Jerry Rossi, as trustee of the Rossi Family Trust dated March 15, 1989<br><br>715 4th St.<br>Oakland, CA 94607 |
| --- | --- | --- |
| | Driver's license no. [last 4 digits] and state: | 1441 CA |
| | Social Security no. [last 4 digits]: | 3063 |
| | Summons was personally served at or mailed to (*address*): | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

| 64. | Name and Last Known Address: | Gerald Rossi, as trustee of the Rossi Family Trust dated March 15, 1989<br><br>715 4th St.<br>Oakland, CA 94607 |
| --- | --- | --- |
| | Driver's license no. [last 4 digits] and state: | 1441 CA |
| | Social Security no. [last 4 digits]: | 3063 |
| | Summons was personally served at or mailed to (*address*): | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

| 65. | Name and Last Known Address: | Rossi Jerry F, as trustee of the Rossi Family Trust dated March 15, 1989<br><br>715 4th St.<br>Oakland, CA 94607 |
| --- | --- | --- |
| | Driver's license no. [last 4 digits] and state: | 1441 CA |
| | Social Security no. [last 4 digits]: | 3063 |
| | Summons was personally served at or mailed to (*address*): | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

Plaintiff: Department of Toxic Substances Control
Defendant:  Lisa Marie Rossi, et al.
Case Number: 20-cv-01049-VC

| 66. | Name and Last Known Address: | Gerald F. Rossi, as trustee of the Rossi Family Trust Established March 15, 1989<br><br>715 4th St.<br>Oakland, CA 94607 |
|---|---|---|
| | Driver's license no. [last 4 digits] and state: | 1441 CA |
| | Social Security no. [last 4 digits]: | 3063 |
| | Summons was personally served at or mailed to *(address)*: | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

| 67. | Name and Last Known Address: | Rossi Jerry F, as trustee of the Rossi Family Trust Established June 10, 2003<br><br>715 4th St.<br>Oakland, CA 94607 |
|---|---|---|
| | Driver's license no. [last 4 digits] and state: | 1441 CA |
| | Social Security no. [last 4 digits]: | 3063 |
| | Summons was personally served at or mailed to *(address)*: | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

| 68. | Name and Last Known Address: | Rossi Jerry F, as trustee of the Rossi Jerry & Patricia S Trs<br><br>715 4th St.<br>Oakland, CA 94607 |
|---|---|---|
| | Driver's license no. [last 4 digits] and state: | 1441 CA |
| | Social Security no. [last 4 digits]: | 3063 |
| | Summons was personally served at or mailed to *(address)*: | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

Plaintiff: Department of Toxic Substances Control
Defendant:  Lisa Marie Rossi, et al.
Case Number: 20-cv-01049-VC

| 69. | Name and Last Known Address: | Rossi Jerry F, as trustee of the Rossi Family Trust dated July 10, 2003<br><br>715 4th St.<br>Oakland, CA 94607 |
|---|---|---|
| | Driver's license no. [last 4 digits] and state: | 1441 CA |
| | Social Security no. [last 4 digits]: | 3063 |
| | Summons was personally served at or mailed to (address): | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

| 70. | Name and Last Known Address: | Gerry Rossi, as trustee of the Rossi Family Trust Established June 10, 2003<br><br>715 4th St.<br>Oakland, CA 94607 |
|---|---|---|
| | Driver's license no. [last 4 digits] and state: | 1441 CA |
| | Social Security no. [last 4 digits]: | 3063 |
| | Summons was personally served at or mailed to (address): | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

| 71. | Name and Last Known Address: | Gerry Rossi, as trustee of the Rossi Family Trust dated July 10, 2003<br><br>715 4th St.<br>Oakland, CA 94607 |
|---|---|---|
| | Driver's license no. [last 4 digits] and state: | 1441 CA |
| | Social Security no. [last 4 digits]: | 3063 |
| | Summons was personally served at or mailed to (address): | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

Plaintiff: Department of Toxic Substances Control
Defendant:  Lisa Marie Rossi, et al.
Case Number: 20-cv-01049-VC

| 72. | Name and Last Known Address: | Gerry Rossi, as trustee of the Rossi Jerry & Patricia S Trs<br><br>715 4th St.<br>Oakland, CA 94607 |
| | Driver's license no. [last 4 digits] and state: | 1441 CA |
| | Social Security no. [last 4 digits]: | 3063 |
| | Summons was personally served at or mailed to *(address)*: | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

| 73. | Name and Last Known Address: | Rossi Jerry F, as trustee of the Jerry & Patricia S Rossi TRS<br><br>715 4th St.<br>Oakland, CA 94607 |
| | Driver's license no. [last 4 digits] and state: | 1441 CA |
| | Social Security no. [last 4 digits]: | 3063 |
| | Summons was personally served at or mailed to *(address)*: | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

| 74. | Name and Last Known Address: | Gerry Rossi, as trustee of the Jerry & Patricia S Rossi TRS<br><br>715 4th St.<br>Oakland, CA 94607 |
| | Driver's license no. [last 4 digits] and state: | 1441 CA |
| | Social Security no. [last 4 digits]: | 3063 |
| | Summons was personally served at or mailed to *(address)*: | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

Plaintiff: Department of Toxic Substances Control
Defendant:  Lisa Marie Rossi, et al.
Case Number: 20-cv-01049-VC

| 75. | Name and Last Known Address: | Gerald F. Rossi, as trustee of the Jerry & Patricia S Rossi TRS<br><br>715 4th St.<br>Oakland, CA 94607 |
|---|---|---|
| | Driver's license no. [last 4 digits] and state: | 1441 CA |
| | Social Security no. [last 4 digits]: | 3063 |
| | Summons was personally served at or mailed to (address): | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

| 76. | Name and Last Known Address: | Jerry F. Rossi, as trustee of the Jerry & Patricia S Rossi TRS<br><br>715 4th St.<br>Oakland, CA 94607 |
|---|---|---|
| | Driver's license no. [last 4 digits] and state: | 1441 CA |
| | Social Security no. [last 4 digits]: | 3063 |
| | Summons was personally served at or mailed to (address): | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

| 77. | Name and Last Known Address: | Rossi Jerry, as trustee of the Jerry & Patricia S Rossi TRS<br><br>715 4th St.<br>Oakland, CA 94607 |
|---|---|---|
| | Driver's license no. [last 4 digits] and state: | 1441 CA |
| | Social Security no. [last 4 digits]: | 3063 |
| | Summons was personally served at or mailed to (address): | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

Plaintiff: Department of Toxic Substances Control
Defendant: Lisa Marie Rossi, et al.
Case Number: 20-cv-01049-VC

| 78. | Name and Last Known Address: | Jerry Rossi, as trustee of the Jerry & Patricia S Rossi TRS<br><br>715 4th St.<br>Oakland, CA 94607 |
|---|---|---|
| | Driver's license no. [last 4 digits] and state: | 1441 CA |
| | Social Security no. [last 4 digits]: | 3063 |
| | Summons was personally served at or mailed to (*address*): | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

| 79. | Name and Last Known Address: | Gerald Rossi, as trustee of the Jerry & Patricia S Rossi TRS<br><br>715 4th St.<br>Oakland, CA 94607 |
|---|---|---|
| | Driver's license no. [last 4 digits] and state: | 1441 CA |
| | Social Security no. [last 4 digits]: | 3063 |
| | Summons was personally served at or mailed to (*address*): | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

| 80. | Name and Last Known Address: | Patricia S. Rossi, as trustee of the Jerry & Patricia S Rossi TRS<br>715 4th St.<br>Oakland, CA 94607 |
|---|---|---|
| | Driver's license no. [last 4 digits] and state: | 4790 CA |
| | Social Security no. [last 4 digits]: | 5617 |
| | Summons was personally served at or mailed to (*address*): | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

Plaintiff: Department of Toxic Substances Control
Defendant:  Lisa Marie Rossi, et al.
Case Number: 20-cv-01049-VC

| 81. | Name and Last Known Address: | Patricia Rossi, as trustee of the Jerry & Patricia S Rossi TRS<br><br>715 4th St.<br>Oakland, CA 94607 |
| --- | --- | --- |
|  | Driver's license no. [last 4 digits] and state: | 4790 CA |
|  | Social Security no. [last 4 digits]: | 5617 |
|  | Summons was personally served at or mailed to *(address)*: | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

| 82. | Name and Last Known Address: | Patricia J Rossi, as trustee of the Jerry & Patricia S Rossi TRS<br><br>715 4th St.<br>Oakland, CA 94607 |
| --- | --- | --- |
|  | Driver's license no. [last 4 digits] and state: | 4790 CA |
|  | Social Security no. [last 4 digits]: | 5617 |
|  | Summons was personally served at or mailed to *(address)*: | One Embarcadero Center, Suite 400 San Francisco, CA 94111 |

# CERTIFICATE OF SERVICE

Case Name:   **DTSC v. Lisa Marie Rossi, et al.**        No.        **3:20-cv-01049-VC**

I hereby certify that on <u>June 12, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**ABSTRACT OF JUDGMENT - CIVIL**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>June 12, 2023</u>, at Sacramento, California.

|   |   |
|---|---|
| Kristi Dykstra | */s/ Kristi Dykstra* |
| Declarant | Signature |

SA2017304673
37258671.docx