E-D Coat Inc.

715 4th Street

Oakland CA 94607

(510) 832-8104

Lisa Rossi

Project Manager

E-D Coat Inc.

(510)847-0756

Subject:

June 2017 Monthly Summary Report Imminent and Substantial Endangerment Determination and Order and Remedial Action Order, E-D Coat, Inc. Oakland, California, Docket No. HAS FY 16/17-107

To whom it may concer:

E-D Coat Inc. has prepared this monthly summary report to fulfill the monthly reporting requirements to Department of Toxic Substances (DTSC), for E-D Coat Inc., that is the subject of Imminent and Substantial Endangerment Determination and Order and Remedial Action Order (Docket No. HSA FY 16/17-107). The Site is located between at 715 4th Street between Brush and Castro, 3rd Street. The monthly report requirements are outlined in VI General Provisions 6.3 of the order.

This Summary Report has been organized according to Section 6.3 of the Order and contains a description of :

1. Specific actions taken by or on behalf of Respondents during the previous calendar month;

2. Actions expected to be undertaken during the current calendar month;

3. All planned activities for the next month;

4. Any requirements under this Order that were not completed;

5. Any problems or anticipated problems in complying with this Order;

June 2023

6. All results of sample analyses, tests, and other data generated under this Order during the previous calendar month, and any significant findings from these data.

**1.Specific actions taken by or on behalf of respondents during the previous calendar month (May 2023)**

**Reporting**

- Received a contract and pricing on starting the phase 2 work for below ground work. Provided information to our attorney who shared with counsel for DTSC.
- All items above ground including, piping, tanks, liquids were removed by EPA Aug-Oct. 2021
- Gave dates to attorney that would work for a walk through of facility to confirm removal all above ground equipment and liquids.

Field Activities

\*         No field activities have occurred in May 2023

**2. Actions taken or expected to be undertaken during the current calendar month (June 2023**)

Reporting

- No activities planned for June 2023
- 

June 2023

Field Activities- None

**3. Planned activities for the next month (July 2023)**

Reporting

- Towards end of July hope to have $7500 required to start the reports for the phase 2 reporting.

- 

**4. Any Requirements under the Order that were not completed.**

- 5.2 Remedial Investigation/Feasibility Study (RI/FS)
- 5.3
- 5.4
- 5.5
- 5.6
- 5.7

5. Any problems or anticipated problems in complying with this Order

* Trying to secure funding to begin next phase.

If you have any questions or comments regarding this report, please feel free to contact me at (510)847-0756.

Sincerely,


Lisa Rossi

E-D Coat Inc.

Project Coordinator

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of July, 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then be sent Electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and electronic copies will be sent by electronic mail to any counsel of record indicated as non-registered participants.

Dated: July 6, 2023          /s/ Georges Haddad
                              Georges A. Haddad

- 1 -
CERTIFICATE OF SERVICE