ROB BONTA
Attorney General of California
DAVID L. ZAFT (SBN 237365)
Supervising Deputy Attorney General
BRENDAN HUGHES (SBN 333690)
JINA J. KIM (SBN 343109)
Deputy Attorneys General
600 West Broadway, Suite 1800
San Diego, CA 92101
Telephone: (619) 738-9339
E-mail: Brendan.Hughes@doj.ca.gov
*Attorneys for Plaintiff and Judgment Creditor California Department of Toxic Substances Control*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEPARTMENT OF TOXIC SUBSTANCES CONTROL,**<br><br>Plaintiff,<br><br>**v.**<br><br>**LISA MARIE ROSSI, an individual; GERALD F. ROSSI, an individual, and a trustee of the Rossi Family Trust established March 15, 1989, and a trustee of the Rossi Family Trust established on June 10, 2003; LEE DOSLAK FLORANCE, a trustee of the Rossi Family Trust established March 15, 1989; PATRICIA S. ROSSI, a trustee of the Rossi Family Trust established on June 10, 2003; E-D COAT, INC., a California corporation,**<br><br>Defendants. | Case No. 3:20-cv-01049-VC<br><br>**JOINT STIPULATION AND ORDER CONTINUING JUDGMENT DEBTOR'S EXAMINATION**<br><br>Judge: The Honorable Vince Chhabria<br>The Honorable Thomas S. Hixson<br><br>Date: February 18, 2027<br><br>Time: 9:30 AM<br><br>Place: 450 Golden Gate Avenue<br>San Francisco, CA 94102<br>Courtroom E - 15th Floor<br><br>Action Filed: February 10, 2020 |

Plaintiff and Judgment Creditor, the California Department of Toxic Substances Control, and Defendants and Judgment Debtors, LISA MARIE ROSSI, an individual; GERALD F. ROSSI, an individual, and a trustee of the Rossi Family Trust established March 15, 1989, and a trustee of the Rossi Family Trust established on June 10, 2003; LEE DOSLAK FLORANCE, a trustee of the Rossi Family Trust established March 15, 1989; PATRICIA S. ROSSI, a trustee of

the Rossi Family Trust established on June 10, 2003; E-D COAT, INC., a California corporation, hereby stipulate and respectfully request that the Court continue the judgment debtor's examination of Defendant and Judgment Debtor Gerald F. Rossi from November 12, 2026, to February 18, 2027.

On June 10, 2026, the Court issued an order requiring Judgment Debtor Gerald F. Rossi to appear for examination on November 12, 2026. Dkt. 110. On November 12, 2026, counsel for Mr. Rossi, Georges A. Haddad, appeared before the Court without Mr. Rossi. Mr. Haddad stated that Mr. Rossi has cancer and was unable to appear for examination that day, and that Mr. Rossi therefore requested a continuance of the examination. The parties agreed to continue the examination to February 18, 2027. The Court directed the parties to file a stipulation and proposed order reflecting this agreement; accordingly, the parties file the present stipulation and proposed order.

Respectfully submitted,

Date: November 16, 2026

ROB BONTA
Attorney General of California

By: ______________________________
Brendan Hughes
Deputy Attorney General
*Attorneys for Plaintiff and Judgment Creditor California Department of Toxic Substances Control*

Date: November 16, 2026

CLARK HILL LLP

By: ______________________________
Georges A. Haddad
*Attorneys for Defendants LISA MARIE ROSSI, an individual;*

*GERALD F. ROSSI, an individual, and a trustee of the Rossi Family Trust established March 15, 1989, and a trustee of the Rossi Family Trust established on June 10, 2003; LEE DOSLAK FLORANCE, a trustee of the Rossi Family Trust established March 15, 1989; PATRICIA S. ROSSI, a trustee of the Rossi Family Trust established on June 10, 2003; E-D COAT, INC., a California corporation*

Pursuant to the parties' Stipulation, and good cause appearing, the Court hereby continues the judgment debtor's examination of Gerald F. Rossi to February 18, 2027, at 9:30 a.m.

IT IS SO ORDERED.

Dated: November 17, 2026

The Honorable Thomas S. Hixson